No. 89–1779.  BOOKER *v.* RILEY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–1781.  ESTATE OF MANNO ET AL. *v.* NEW YORK STATE TAX COMMISSION.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 89–1786.  RUSSELL *v.* DUNSTON, INDIVIDUALLY AND AS DIRECTOR OF THE NEW YORK STATE DIVISION FOR YOUTH, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–1787.  NEBRASKA PUBLIC POWER DISTRICT *v.* NUCOR CORP.  C. A. 8th Cir.  Certiorari denied.

No. 89–1788.  FLETCHER *v.* SAN JOSE MERCURY NEWS, INC. Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 89–1789.  ZETUNE *v.* AGAMI.  Ct. App. Tex., 5th Dist. Certiorari denied.

No. 89–1790.  McCAIN, A MINOR, BY HER NEXT FRIEND, McCAIN, ET AL. *v.* HOUSTON INDEPENDENT SCHOOL DISTRICT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–1794.  SCHULMAN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–1795.  BLUNT, ELLIS & LOEWI INC. ET AL. *v.* HLAVINKA ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 89–1798.  FAUSTO *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 89–1800.  ASSAY PARTNERS *v.* CITY OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 89–1802.  GREENE *v.* ARMCO, INC., ET AL.  C. A. 9th Cir. Certiorari denied.